

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2015

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 9, 2015, Norris DeVoll filed a suggestion of bankruptcy in appeal number 04-14-00854-CV. Norris DeVoll stated he filed a petition for bankruptcy in the United States Bankruptcy Court for the Western District of Texas under Case No. 15-50122 G. *See* TEX. R. APP. P. 8.1. Although Norris DeVoll is neither an appellant nor appellee in this appeal, his community property interest in Paulette DeVoll's partnership interest—which is the subject of this appeal—may be property of the bankruptcy estate. *See* 11 U.S.C. § 541 (2006) ("Property of the estate").

Accordingly, this appeal and all time periods under the Texas Rules of Appellate Procedure are stayed from the date the bankruptcy petition was filed in the bankruptcy court. *See id.* § 362 ("Automatic stay"); TEX. R. APP. P. 8.2.

This appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.



Keith E. Hottle
Clerk of Court

Court of Appeals
Fourth Court of Appeals District
San Antonio, Texas

January 16, 2015

No. 04-14-00331-CV

Gene **DEVOLL**,
Appellant

v.

Rebecca **DEMONBREUN** and William Dowds,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-05169
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

On January 9, 2015, Norris DeVoll filed a suggestion of bankruptcy in appeal number 04-14-00854-CV. Norris DeVoll stated he filed a petition for bankruptcy in the United States Bankruptcy Court for the Western District of Texas under Case No. 15-50122 G. *See* TEX. R. APP. P. 8.1. Although Norris DeVoll is neither an appellant nor appellee in this appeal, his community property interest in Paulette DeVoll's partnership interest—which is the subject of this appeal—may be property of the bankruptcy estate. *See* 11 U.S.C. § 541 (2006) ("Property of the estate").

Accordingly, this appeal and all time periods under the Texas Rules of Appellate Procedure are stayed from the date the bankruptcy petition was filed in the bankruptcy court. *See id.* § 362 ("Automatic stay"); TEX. R. APP. P. 8.2.

This appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 8.3.

/s/ Patricia O. Alvarez
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2015.

/s/ Keith E. Hottle
Keith E. Hottle
Clerk of Court

ENTERED THIS 16TH DAY OF JANUARY, 2015.

VOL___PAGE___